IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:94CR3031-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ARLENE V. ORDIALES, | ) | |
| a/k/a ARLENE DECENA, | ) | |
| | ) | |
| Defendant. | ) | |

    A Supervisory United States Probation Officer (SUSPO) has corresponded with me requesting that I dismiss the petition for an offender under supervision and related warrant that have been pending in this case since 1996.[1]  He represents that the government has no objection.

    For good cause shown,

    IT IS ORDERED that the petition for an offender under supervision (filing 107) and the associated warrant for the arrest of Arlene V. Ordiales, also known as Arlene Decena, the defendant, are withdrawn and dismissed without prejudice.  Because none of the lawyers originally involved in this case currently have any responsibility for it, and I do not have the defendant's present address, the Clerk need not provide copies of this memorandum and order to anyone.[2]  However, my chambers shall provide copies of this memorandum and

---

[1] The court and the probation office were unaware of the defendant's whereabouts until recently.  The Probation Office has been informed that the defendant returned to the Philippines under extenuating circumstances; that is, she needed to return to her home country to care for a sick child and she expected to be deported from this country in any event.

[2] Ms. Ordiales apparently continues to reside in the Philippines, but I do not have her address.  The prosecutor is no longer employed by the government.  Defense counsel is no longer with the Federal Public Defender's office.

order to SUSPO John A. Hill, Clarence Mock, new counsel for the defendant, the United States Attorney for the District of Nebraska, and the United States Marshals Service.

    March 15, 2006                    BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge